**David Earl WATTLETON, Appellant**

v.

**Eric H. HOLDER, Jr., United States Attorney General, Appellee.**

**No. 14–5217.**

United States Court of Appeals, District of Columbia Circuit.

March 4, 2015.

Warden, Rochester, MN.

David Earl Wattleton, Rochester, MN, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

Before: GRIFFITH and KAVANAUGH, Circuit Judges, and GINSBURG, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed July 18, 2014 and August 20, 2014 be affirmed. The district court properly dismissed the complaint and denied reconsideration of that dismissal because appellant has previously presented the same claim, which has been rejected on the merits.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.